# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH, ) | |
| ) | **CIVIL ACTION** |
| Plaintiff, ) | File No. _____ |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY SYSTEM OF ) | |
| GEORGIA; GEORGIA TECH ) | |
| ATHLETIC ASSOCIATION; ) | |
| GEORGE PETERSON, in his ) | |
| individual capacity; TODD ) | |
| STANSBURY, in his individual ) | |
| capacity; MARVIN LEWIS, ) | |
| his individual capacity; and ) | |
| SHOSHANNA ENGEL, in her ) | |
| Individual capacity, ) | |
| Defendants. | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff MaChelle Joseph;

- Defendant Board of Regents of the University System of Georgia;

- Defendant Georgia Tech Athletic Association;

- Defendant George P. Peterson;

- Defendant M. Todd Stansbury;

- Defendant Marvin Lewis; and

- Defendant Shoshanna Engel.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiff MaChelle Joseph;

- Katz, Marshall & Banks, LLP;

- Buckley Beal, LLP;

- Defendant Board of Regents of the University System of Georgia;

- Defendant Georgia Tech Athletic Association;

- Defendant George P. Peterson;

- Defendant M. Todd Stansbury;

- Defendant Marvin Lewis; and

2

- Defendant Shoshanna Engel.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For the Plaintiff:</u>
Lisa J. Banks
Colleen E. Coveney
**KATZ, MARSHALL & BANKS, LLP**

**AND**

Edward D. Buckley
T. Brian Green
**BUCKLEY BEAL, LLP**

Respectfully submitted this 23rd day of July, 2019.

<u>/s/Edward D. Buckley</u>
Lisa J. Banks*
banks@kmblegal.com
Colleen E. Coveney
Georgia Bar No. 686460
coveney@kmblegal.com
**Katz, Marshall & Banks, LLP**
1718 Connecticut Avenue, NW, Sixth Floor
Washington, D.C. 20009
Phone: (202) 299-1140
Fax:     (202) 299-1148

*(pro hac vice motion forthcoming)*

3

                                          Edward D. Buckley
                                          Georgia Bar No. 092750
                                          edbuckley@buckleybeal.com
                                          T. Brian Green
                                          Georgia Bar No. 801098
                                          bgreen@buckleybeal.com
                                          **Buckley Beal, LLP**
                                          600 Peachtree Street NE, Suite 3900
                                          Atlanta, GA 30308
                                          Telephone: (404) 781-1100
                                          Facsimile:  (404) 781-1101

*Counsel for Plaintiff*