IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MACHELLE JOSEPH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF REGENTS OF )<br>THE UNIVERSITY SYSTEM )<br>OF GEORGIA; )<br>GEORGIA TECH ATHLETIC )<br>ASSOCIATION; )<br>GEORGE PETERSON, in his individual )<br>capacity; M. TODD STANSBURY, in his )<br>individual capacity; MARVIN LEWIS, in )<br>his individual capacity; and )<br>SHOSHANNA ENGEL, in her individual )<br>capacity. )<br>)<br>Defendants. )| Civil Action No.:<br>1:19-cv-03347-TCB |

## PLAINTIFF'S CONSENT MOTION TO EXTEND TIME

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and the Court's Instructions to Parties and Counsel Order, Plaintiff MaChelle Joseph ("Plaintiff"), by and through undersigned counsel, hereby files this consent motion respectfully requesting that this Court extend the time for Plaintiff to respond to the Motions to Dismiss filed by Defendants Board of Regents, Georgia Tech Athletic Association, George Peterson, M. Todd Stansbury, Marvin Lewis and Shoshanna Engel,

(collectively the "Defendants"), on September 26, 2019. (ECF Nos. 18, 19, and 20). The Defendants consent to the relief sought in this motion. Support for this motion is set forth in the attached Memorandum of Points and Authorities.

Respectfully submitted this 2nd day of October, 2019.

/s/_____
Lisa J. Banks*
banks@kmblegal.com
Joseph E. Abboud*
abboud@kmblegal.com
**Katz, Marshall & Banks, LLP**
1718 Connecticut Avenue, NW, Sixth Floor
Washington, D.C. 20009
Phone: (202) 299-1140
Fax:    (202) 299-1148

*Admitted pro hac vice*

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@buckleybeal.com
T. Brian Green
Georgia Bar No. 801098
bgreen@buckleybeal.com
**Buckley Beal LLP**
600 Peachtree Street NE, Suite 3900
Atlanta, GA 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101